In the Matter of the Application of HANOVER SERVICE STATION, INC., Respondent, for a Certiorari Order against HARRIS H. MURDOCK, Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Appeal from order sustaining order of certiorari and annulling a determination of the board of standards and appeals of the city of New York, denying an application for a variance, and granting the same in respect of certain property in Queens county.   Order reversed on the law, with fifty dollars costs and disbursements, petitioner's motion denied, respondents' motion granted, and petition dismissed.   There was no showing before the board of any facts constituting practical difficulties or unnecessary hardship within the meaning of section 21 of the Building Zone Resolution and adjudications thereunder.   Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of the Application of KINGS HIGHWAY SAVINGS BANK Pursuant to Section 1077-c of the Civil Practice Act for an Order Directing CONGREGATION PRI EITZ CHAIM OF NEW FLATBUSH, INC., the Owner of Mortgaged Premises Known as #2592 Ocean Avenue, Brooklyn, New York, to Make Available for Inspection by the Applicant and the Court, All Records and Data Available as to Income and Disbursements and to Pay Over to the Applicant the Surplus of Rents of Said Premises Over and Above the Proper Charges Thereon.   KINGS HIGHWAY SAVINGS BANK, Respondent; CONGREGATION PRI EITZ CHAIM OF NEW FLATBUSH, INC., Appellant.— Order directing the appellant to produce its books, records and data relating to the income and disbursements in the operation of mortgaged premises for the period of six months immediately preceding October 15, 1939, affirmed, with ten dollars costs and disbursements; such records to be produced upon a date and time to be fixed in the order.   No opinion.   Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.   Settle order on notice.